# TINARI, O'CONNELL & OSBORN, LLP
## ATTORNEYS AT LAW

Frank A. Tinari
Patrick M. O'Connell
Thomas A. Osborn

Mary Kate Mullen

Angelina Daily
Office Administrator

COURTHOUSE CORPORATE CENTER
320 Carleton Avenue, Suite 6800
Central Islip, New York 11722
(631) 342-8070
Fax: (631) 342-8350

2 Coraci Boulevard, Suite 6
Shirley, New York 11967

Of Counsel
Patrick Henry
Justice, N.Y.S
Supreme Court (Ret.)

August 11, 2014

Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **USA v. Thomas Arnold**
CR No.: 09-170
Travel Request

Dear Judge Johnson:

My client is requesting permission to travel to New Jersey from August 24, 2014 through August 31, 2014. He will be staying at the home of his friend, Joe Massiello, at 114 Connor Court, Chesterfield, New Jersey 07032. His cell phone number is 631-759-0086. Mr. Arnold has received permission from Pre-Trial Services Officer Robert Stehle, 631-712-6414.

I have informed AUSA Christopher Ott of this application and he has no objections.

Very truly yours,

Patrick M. O'Connell

c:  AUSA Christopher Ott

Request granted,
So ordered

Sr. U.S.D.J.